## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

D'ANGELO INTERNATIONAL, LLC
**Plaintiff**

**CASE NO.** CV22970660

**V.**

**JUDGE** PETER J CORRIGAN

INTEGRATED POWER SERVICES, LLC
**Defendant**

# SUMMONS  SUMC  CM

**Notice ID:** 49223922

| From: | D'ANGELO INTERNATIONAL, LLC | P1 |
| | 1469 ISLAND VIEW DRIVE | |
| | BELLINGHAM WA 98225 | |

| Atty.: | SAMUEL THOMAS OLEARY |
| | 1282 W. 58TH STREET |
| | CLEVELAND, OH 44102-0000 |

| To: | INTEGRATED POWER SERVICES, LLC | D1 |
| | DBA MONARCH ELECTRIC SERVICE CO. | |
| | C/O CORPORATION SERVICE COMPANY | |
| | 3366 RIVERSIDE DRIVE SUITE 103 | |
| | UPPER ARLINGTON OH 43211-0000 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 12/02/2022

**By**_____
**Deputy**

CMSN130



**EXHIBIT**

A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**October 31, 2022 14:25**

By: SAMUEL THOMAS OLEARY 0091382

Confirmation Nbr. 2690663

D'ANGELO INTERNATIONAL, LLC

vs.

INTEGRATED POWER SERVICES, LLC

CV 22 970660

**Judge:**  PETER J. CORRIGAN

**Pages Filed:**  56

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| D'ANGELO INTERNATIONAL, LLC | ) | CASE NO. |
| 1469 Island View Drive | ) | |
| Bellingham, WA 98225 | ) | |
| | ) | JUDGE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| INTEGRATED POWER SERVICES, LLC | ) | |
| d.b.a. MONARCH ELECTRIC | ) | **(Jury Demand Endorsed Hereon)** |
| SERVICE CO. | ) | |
| c/o CT Corporation Systems | ) | |
| 440 Easton Commons Way, Suite 125 | ) | |
| Columbus, Ohio 43219 | ) | |

Defendant.

For its Complaint against Defendant Integrated Power Services, LLC ("IPS" or "Defendant"), Plaintiff D'Angelo International, LLC ("D'Angelo" or "Plaintiff") states and alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for damages brought against Defendant, d.b.a. Monarch Electric Service Co., due to its unlawful conversion and/or destruction of a 4500 horsepower GE Synchronous motor (the "Motor") owned by D'Angelo, which D'Angelo had entrusted to IPS, and which IPS had agreed to store and safely keep for D'Angelo subsequent to IPS' performance of certain maintenance and repair work.

### PARTIES, JURISDICTION AND VENUE

2.      D'Angelo is a Washington for profit corporation with its principal place of business at 1469 Island View Drive Bellingham, WA 98225.

3.      D'Angelo is engaged primarily in the business of buying and selling mining

equipment, including relocating and repurposing used mining and processing equipment to locations around the world.

4.      IPS is a Delaware for profit corporation registered to do business in the State of Ohio.

5.      IPS is an international company engaged primarily in the business of providing in-shop repair, field services, and sales/distribution of electric motors and generators throughout North America.

6.      IPS maintains its place of business at 5352 W. 130th St. Cleveland, Ohio 44130.

7.      This Court has jurisdiction over this matter pursuant to provisions of Ohio law including, but not limited to, R.C. 2305.01.

8.      This Court is the proper venue for this matter pursuant to Civ.R. 3(C)(2),(3), (5), and (6), because Defendant has its place of business in Cuyahoga County, Defendant conducted the activity that gave rise to this claim for relief in Cuyahoga County, the personalty that is the subject of this action is and/or was located in Cuyahoga County, and Cuyahoga County is the county in which all or part of D'Angelo's claim for relief arose.

## FACTS COMMON TO ALL COUNTS

9.      Plaintiff restates and incorporates by reference those allegations set forth in the preceding paragraphs 1 through 8 above as if set forth fully herein.

10.      On or about July 1, 2016, D'Angelo purchased the Motor, bearing serial number 8385117, and with the following nameplate specifications: 200 RPM, 4000V, 635 Amp, Model 264x716, Phase 3, Frame 6605. *See* Exhibit A attached hereto and made a part hereof.

11.      At the time D'Angelo purchased the Motor, it was pre-owned, and located in Illinois. *Id.*

12.     As part of the same transaction described above, D'Angelo also purchased, from the same seller, one box of spare rotor windings and two additional boxes of motor winding spares (collectively, "Spare Parts").  *Id.*

13.     In contrast to the Motor, which had been used, the Spare Parts were purchased new.

14.     In conjunction with a working motor of the same model, the Spare Parts are estimated to be worth $160,000.00.

15.     The Motor was part of a grinding system, which included the Motor, its corresponding Pinion Gear, and Crown Gear to provide the specifically designed operating speed of the grinding mill.

16.     Without a motor of appropriate size and speed to provide it with power, the grinding mill is nonoperational and is of little to no economic value.

17.     The cost of replacing the Motor with a newly built motor of equivalent specifications and capacity, or for the same purpose/application has been quoted as being between $1,650,000.00 and $1,750,000.00.

18.     Prior to being operated or resold by D'Angelo, the Motor needed to be reconditioned, which included inspection, testing, cleaning, and various maintenance work, as needed.

19.     D'Angelo selected IPS to recondition the Motor.

20.     D'Angelo arranged and paid to have the Motor transported to IPS' Cleveland facility to be reconditioned.

21.     On November 9, 2016, IPS acknowledged receipt of the Motor and Spare Parts received from D'Angelo in a document titled "D'Angelo International 4500hp Synchronous GE Parts Received" attached hereto as Exhibit B.

22.     IPS designated reconditioning the Motor as IPS Job Number 180392, and after concluding its work on the Motor, generated a Final Report, dated December 1, 2016, which is attached hereto as Exhibit C.

23.     IPS' scope of work to recondition the Motor included: completely disassemble unit; thoroughly clean and inspect all components; perform micrometer check and record measurements of sleeve bearing bores for proper diametrical clearance (if applicable); perform micrometer check of shaft journal areas, coupling fit area, all shaft seal fit areas and record measurements; perform micrometer check of coupling bore (if applicable); measure and record all dimensions for seals, bearings, and housings; clean and inspect bearings and advise if replacement is necessary; measure rotor total indicated run-outs (TIR); thoroughly inspect stator for condition of ties, wedges, coils, leads, lugs, bracing system, etc.; thoroughly inspect the rotor for condition of ammortisseur bars, endings, coils, leads, core iron, etc.; clean the stator, rotor and all component parts with proven methods and materials to avoid damage to insulation systems; oven dry the stator, rotor, and component parts to insure [sic] optimum dryness; perform AC Volt Drop and Megger Tests on rotor fields; perform Megger and Polarization Index (PI) Tests to insure [sic] insulation integrity; measure winding resistance and impedance balance check all three phases; record RTD or thermocouple measurements, where applicable; test space heaters for proper operation (connection/configuration and wattage); review and provide quote for stands and shipping containers to be manufactured; provide initial IPS Engineering Report with Unit Repair Work Scope and Quote. *See* Exhibit C attached hereto.

24.     After IPS "cleaned[,] dried, measured[,] and tested the motor" IPS concluded that "[t]he [M]otor is in good condition and suitable for service. Electrical tests were within normal operational range. Bearings are good, and within tolerance. Dimensional measurements * * * all

were within acceptable operational range." *Id.*

25.     After IPS completed its work reconditioning the Motor, the Motor was in good working order. *Id.*

26.     None of IPS' findings documented in Exhibit C led IPS to conclude that the Motor had any mechanical, electronic, or other operational problem. *Id.*

27.     From September 2016 through March 2017, D'Angelo paid IPS approximately $36,110.00 for its services and costs related to reconditioning the Motor. A copy of D'Angelo's transaction list with IPS is attached hereto as Exhibit D. A copy of invoices from IPS to D'Angelo are attached hereto as Exhibit E-1, 2 and 3.

28.     D'Angelo paid all amounts due or owing to IPS pursuant to any purchase order or invoice related to the Motor or the Spare Parts. Exhibit D.

29.     On March 16, 2017, IPS wrote to D'Angelo and indicated that the free period of storage of the Motor and Spare Parts had expired, and that a storage fee of $980.00 per month would apply beginning April 1, 2017. A copy of that email exchange is attached hereto as Exhibit F.

30.     D'Angelo responded by requesting an explanation of how IPS calculated or determined the storage fee amount of $980.00 per month. *See* Exhibit F.

31.     IPS replied with a calculation of the storage rate for the Motor and Spare Parts at IPS' Cleveland location, including a cost per square foot, which was accepted by D'Angelo. *Id.*

32.     Following D'Angelo's acceptance of IPS' terms for storing the Motor, IPS stored the Motor and Spare Parts, and IPS never sent D'Angelo any invoices for storage costs, nor did IPS ever request a purchase order from D'Angelo for the storage. *See* Exhibit F.

33.     On November 23, 2021, D'Angelo contacted IPS' Cleveland office to inquire about

5

the status of the Motor and request that some photos be taken of the Motor. *Id.*

34.     Mr. Frank Kennedy, Jr. responded to D'Angelo on behalf of IPS Cleveland that the Motor had been scrapped quite a while prior to November 2021, and that he had emails sitting on his desk notifying D'Angelo of IPS' intention to scrap the Motor and Spare Parts, which actions were taken without notice to and without the consent of D'Angelo and without any authority to dispose of the Motor and Spare Parts.

35.     D'Angelo never received any emails, or any other communication from IPS, indicating that IPS intended to scrap or sell the Motor or Spare Parts, even though IPS had the email address, office address and phone numbers for D'Angelo.

36.     Despite D'Angelo's demand for the emails that IPS supposedly sent, IPS refused to provide D'Angelo any such emails purportedly notifying D'Angelo of IPS' plan to dispose of the Motor and Spare Parts.

37.     Despite repeated demands, IPS has refused to provide D'Angelo with basic information regarding the fate of the Motor and Spare Parts, such as who acquired the Motor and Spare Parts from IPS, whether the Motor and Spare Parts are retrievable, the current condition of the Motor and Spare Parts, the amount received by IPS for selling the Motor and Spare Parts  or the current location of the Motor and Spare Parts.

38.     At the time IPS disposed of the Motor and Spare Parts, IPS' own billing department did not reflect that D'Angelo had any outstanding invoices, or that D'Angelo owed IPS any money.

39.     Upon information and belief, IPS either destroyed the Motor and Spare Parts and sold the material for scrap value, or otherwise sold the Motor and Spare Parts without the knowledge or consent of D'Angelo.

40.     Without the Motor or a replacement operating at the same speed, in order to utilize

6

the grinding mill associated with the Motor, a slower speed motor would need to be retrofitted with a new Pinion Gear.

41. The cost to D'Angelo to engineer, manufacture, and transport the parts necessary to retrofit the grinding mill with a slower speed motor is estimated to be $169,000.00.

42. Since IPS first informed D'Angelo in November, 2021 that the Motor and Spare Parts had been scrapped, IPS has continually refused to provide D'Angelo with basic information regarding what happened to the Motor aside from the asserting that it was "scrapped."

43. Prior to November, 2021, D'Angelo had no reason to suspect or believe that the Motor and Spare Parts had been scrapped, converted, sold, or otherwise disposed of by IPS.

44. On December 29, 2021, counsel for D'Angelo sent IPS a letter regarding the Motor and Spare Parts, in an attempt to obtain the relevant facts and resolve the matter. *See* Exhibit G.

45. Upon information and belief, IPS knows when it disposed of D'Angelo's Motor and Spare Parts.

46. Upon information and belief, IPS knows to whom it transferred, conveyed, or sold the Motor and Spare Parts.

47. IPS did not compensate D'Angelo for the value it received from IPS' sale or disposal (scrapping) of the Motor and Spare Parts, or for the value of the Motor and Spare Parts.

## COUNT ONE (BREACH OF EXPRESS BAILMENT CONTRACT)

48. Plaintiff restates and incorporates by reference those allegations set forth in the preceding paragraphs above as if set forth fully herein.

49. Under Ohio law, parties may enter into an express or an implied bailment agreement.

50. The Motor and Spare Parts were delivered to and accepted by IPS in November,

7

2016.

51.     IPS' email correspondence with D'Angelo set out in Exhibit F created an express bailment agreement, with an agreed upon monthly rate.

52.     IPS failed to account for or return the bailed property, namely the Motor and Spare Parts, when D'Angelo demanded the same in November, 2021.

53.     Upon termination of the bailment, IPS refused to return the Motor and Spare Parts to D'Angelo, and D'Angelo is unable to obtain any replacement motor and spare parts similar to the Motor and Spare Parts.

54.     IPS breached its bailment agreement with D'Angelo when it surreptitiously scrapped, sold, or otherwise disposed of D'Angelo's Motor and Spare Parts, without D'Angelo's knowledge or consent.

55.     IPS is liable under an express contract for bailment for failure to return the bailed personal property as agreed or to return it in an undamaged condition.

56.     As a direct and proximate cause of IPS' breach of its express bailment agreement, D'Angelo has been damaged in an amount in excess of $25,000 (Twenty-Five Thousand Dollars) to be determined at the trial of this case, including punitive/exemplary damages, interest, attorneys' fees and costs to the extent allowed by law.

## COUNT TWO (BREACH OF IMPLIED BAILMENT CONTRACT)

57.     Plaintiff restates and incorporates by reference those allegations set forth in the preceding paragraphs above as if set forth fully herein.

58.     An implied bailment exists when a person delivers personal property to another person or entity for a specific purpose with an implied agreement that the property "shall be returned or accounted for when this special purpose is accomplished or retained until the bailor

8

reclaims the property." *Tomas v. Nationwide Mut. Ins. Co.*, 79 Ohio App. 3d 624, 628 (Oh. Ct. App. 1992).

59.     IPS' storage of the Motor and Spare Parts for a specific purpose created an implied bailment.

60.     IPS is liable under an implied contract for bailment for failure to return the bailed personal property as agreed or to return it in an undamaged condition.

61.     As a direct and proximate cause of IPS' breach of its implied bailment agreement, D'Angelo has been damaged in an amount in excess of $25,000 (Twenty-Five Thousand Dollars) to be determined at the trial of this case, including punitive/exemplary damages, interest, attorneys' fees and costs to the extent allowed by law.

## COUNT THREE (CONVERSION)

62.     Plaintiff restates and incorporates by reference those allegations set forth in the preceding paragraphs above as if set forth fully herein.

63.     At all times material to this Complaint D'Angelo was the rightful owner and had the right to take possession of the Motor and Spare Parts. *See* Exhibit A.

64.     By their intentional, tortious and wrongful acts described herein, IPS converted D'Angelo's property to their own use and unlawfully disposed of D'Angelo's property rights in the Motor and Spare Parts.

65.     As a direct and proximate cause of IPS' conversion of its property, D'Angelo has been damaged in an amount in excess of $25,000 (Twenty-Five Thousand Dollars) to be determined at the trial of this case, including punitive/exemplary damages, interest, attorneys' fees and costs to the extent allowed by law.

## COUNT FOUR (UNJUST ENRICHMENT)

66.     Plaintiff restates and incorporates by reference those allegations set forth in the preceding paragraphs above as if set forth fully herein.

67.     In its newly reconditioned state, the Motor had significant resale value.

68.     IPS was aware of the benefit conferred because it was aware of the significant value of the Motor and Spare Parts.

69.     IPS was aware of the benefit conferred because IPS, itself, opined that the Motor was within specification and did not note any repairs would be required to be made to the Motor.

70.     IPS was aware of the benefit conferred because IPS knew that D'Angelo had recently paid over $36,000.00 (to IPS) to recondition the Motor.

71.     IPS was generally aware of D'Angelo's business and, accordingly, D'Angelo's intent to resell the Motor and Spare Parts.

72.     IPS was aware of the benefit conferred because, upon information and belief, IPS received valuable compensation for its disposition of the Motor and Spare Parts to a third-party.

73.     Defendant's actions, including but not limited to scrapping or selling the Motor and Spare Parts, were undertaken for the purpose of obtaining the benefit of D'Angelo's, acquisition, ownership of, and investment in the Motor and Spare Parts.

74.     By scrapping or selling the Motor and Spare Parts without providing any compensation to D'Angelo, IPS seeks to unjustly retain the benefit of D'Angelo's investment in and improvements to the Motor and Spare Parts.

75.     It would be patently unjust to allow IPS to retain the benefit conferred by D'Angelo.

76.     As a direct and proximate cause of the Defendant's unjust enrichment of itself at Plaintiff's expense, Plaintiff has been damaged and continues to be damaged in an amount in

10

excess of $25,000 (Twenty-Five Thousand Dollars) to be determined at the trial of this case, including punitive/exemplary damages, interest, attorneys' fees and costs to the extent allowed by law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff D'Angelo International, LLC prays for judgment against the Defendant named herein granting the following relief:

A.     An award to Plaintiff for compensatory damages in excess of $25,000.00, punitive/exemplary damages, attorney fees and costs; and

B.     Such other relief available at law or in equity that the Court deems just and proper.

Respectfully submitted,

/s/ Samuel T. O'Leary
Dale H. Markowitz, Esq.  (0016840)
Leo M. Spellacy, Jr., Esq. (0067304)
Ezio A. Listati, Esq. (0046703)
Samuel T. O'Leary, Esq. (0091382)
THRASHER, DINSMORE, & DOLAN, LPA
1282 West 58th Street
Cleveland, OH  44114
(216) 255-5431 | (216) 255-5450 (fax)
dmarkowitz@tddlaw.com; lspellacy@tddlaw.com;
elistati@tddlaw.com; soleary@tddlaw.com

*Attorneys for Plaintiff*
*D'Angelo International, LLC*

## **JURY DEMAND**

A trial by jury is hereby demanded for all issues so triable.

/s/ *Samuel T. O'Leary.*
Samuel T. O'Leary (0091382)

EXHIBIT A

# BUZZI UNICEM USA
## Oglesby Distribution Terminal



## Bill of Sale

State of __Illinois_____        }
County of LaSalle_____          }

**KNOW ALL PERSONS BY THESE PRESENTS:**

**That the Undersigned,** Lone Star Industries, Inc., a Delaware corporation, with an office located at 100 Haul Road Oglesby IL  61348 (hereinafter the "Seller"), in consideration of the payment of the amount identified below for each of the personal property, the sufficiency and receipt of payment is hereby acknowledged, does hereby sell and transfer unto D'Angelo International, LLC, (hereinafter the "Buyer"), with an office located at 1469 Island View Drive, Bellingham WA  98225, and its successors and assigns, the following described personal property located in the County of LaSalle, State of Illinois:

A.  *One used 4500 HP GE Synchronous Motor, 200 RPM, 4000V, 635 Amp, S/N 8385117, Model 264x716, Phase 3, Frame 6605 including one (1) box of spare rotor windings and two (2) additional boxes of motor winding spares. for $27,400.00.*

Seller warrants that it is the lawful owner in every respect of all of the described property and that it is free and clear of all liens, security agreements, encumbrances, claims, demands, and charges of every kind whatsoever.

Seller binds Seller, its successors and assigns, to warrant and defend the title to all of the described property to Buyer, its successors and assigns, forever against every person lawfully claiming the described property or any part of it.

THE DESCRIBED PROPERTY IS SOLD "AS-IS" WITHOUT ANY WARRANTIES, EXPRESS OR IMPLIED, AS TO THE CONDITION OF SUCH PROPERTY. BY ACCEPTING THIS BILL OF SALE, BUYER REPRESENTS THAT BUYER HAS PERSONALLY INSPECTED THE DESCRIBED PROPERTY AND ACCEPTS THE PROPERTY "AS-IS".

**IN WITNESS WHEREOF**, this Bill of Sale is executed and made effective this 1st day of July, 2016.

Lone Star Industries, Inc.

By: _____

Name: Jill Sapp

Title: Assistant Terminal Manager

2

## ACKNOWLEDGMENT

**State of __Illinois**
**County of  LaSalle**

Before me, the undersigned authority, on this day appeared  _SAPP_ , _JILL_ of
_Buzzi UNICEM (Lonestar Ind)_ known to me to be the person whose name is subscribed to
the foregoing instrument, and acknowledged to me that he/she executed the instrument for the purposes
and consideration expressed in the instrument.
Given under my hand and seal of office on  _7-5-16_  [date].

[Notarial Seal]

OFFICIAL SEAL
REBECCA CLINARD
NOTARY PUBLIC - STATE OF ILLINOIS
COMMISSION EXPIRES 01/22/17

_R S Clinard_
_____
Notary's Signature

_Rebecca Clinard_
_____
Notary's Typed Name

NOTARY PUBLIC

My commission expires:

**EXHIBIT B**



November 9th, 2016

**Cleveland Service Center**
5325 W 130th Street
Cleveland, OH 44130
Tel: 216.433.7800
Fax: 216.433.0456
Toll Free:  800.433.7801

## D'Angelo International 4500hp Synchronous GE

## Parts Received

- (1) 4500hp Synchronous Stator
- (1) 4500hp Synchronous Rotor
- (1) Rotor Base
- (3) Box(es) of 4500hp Synchronous Stator Coils
- (1) Terminal Box
- (1) Pallet of Covers and Baffles
- (1) Box(es) of Synchronous Rotor Fields

**EXHIBIT C**



|  |  |
|---|---|
| Shop Name: | IPS Cleveland Service Center |
| Address: | 5325 West 130TH Street Cleveland Ohio 44130 |
| Customer/Job #: | 180392 D'Angelo International |
| Customer PO #: | 161103 |
| Motor Description: | 4500hp Sync Rotor & Stator |
| Serial Number: | 264X716 |
| Date: | 12/01/16 |

Customer: D'Angelo  Job Number: <u>180392</u>

## <u>Table of Contents</u>

| | | |
|---|---|---|
| 3 | ................................................... | Job Summary |
| 4-10 | ................................................... | In Process Pictures |
| 11 | ................................................... | Disassembly Checklist |
| 12 | ................................................... | Visual Inspection |
| 13-19 | ................................................... | Initial Testing |
| 20 | ................................................... | Dimensional Inspections |
| 21-24 | ................................................... | Final Testing |

Form Name (attached at end of packet)

-

Customer: D'Angelo                    △△△IPS                    Job Number: 180392
                              INTEGRATED POWER SERVICES

## Job Summary

### Overview:

The following report incorporates data relating to IPS job number 180392 and the provided motor. The job scope involved a recondition 4500hp motor.

### Nameplate Information:

| | | | | | |
|---|---|---|---|---|---|
| HP: | 4500 | Volts: | 4000 | Frame: | 6605 |
| RPM: | 200 | Amps: | 635 | Type: | N/A |
| Serial #: | N/A | | | Model #: | 264X716 |

### Visual Inspection:

### Work Scope:

- Completely disassemble unit.
- Thoroughly clean and inspect all components.
- Perform micrometer check and record measurements of sleeve bearing bores for proper Diametrical clearance (if applicable).
- Perform micrometer check of shaft journal areas, coupling fit area, all shaft seal fit areas and record measurements.
- Perform micrometer check of coupling bore (if applicable).
- Measure and record all dimensions for seals, bearings and housings.
- Clean and inspect bearings. Advise if replacement is necessary.
- Measure rotor total indicated run-outs (TIR).
- Thoroughly inspect stator for condition of ties, wedges, coils, leads, lugs, bracing system, etc.
- Thoroughly inspect the rotor for condition of ammortisseur bars, endings, coils, leads, core iron, etc.
- Clean the stator, rotor and all component parts with proven methods and materials to avoid damage to the insulation systems.
- Oven dry the stator, rotor and component parts to insure optimum dryness.
- Perform AC Volt Drop and Megger Tests on rotor fields.
- Perform Megger and Polarization Index (PI) Tests to insure insulation integrity.
- Measure winding resistance and impedance balance check all three phases.
- Record RTD or thermocouple measurements, where applicable.
- Test space heaters for proper operation (connection/configuration and wattage).
- Review and Provide Quote for stands & shipping containers to be manufactured.
- Provide Initial IPS Engineering Report with Unit Repair Work Scope and Quote.

Customer: D'Angelo



Job Number: <u>180392</u>

## In Process Pictures










Customer: D'Angelo  Job Number: <u>180392</u>

### Pictures Continued



Customer: D'Angelo    Job Number: <u>180392</u>

## Pictures Continued

 

 

 

Customer: D'Angelo  Job Number: <u>180392</u>

## **Pictures Continued**








Customer: D'Angelo

**IPS**
INTEGRATED POWER SERVICES

Job Number: <u>180392</u>

## In Process Pictures

 

 

 

Customer: D'Angelo

**▲▲IPS**
INTEGRATED POWER SERVICES

Job Number: <u>180392</u>

## In Process Pictures








Customer: D'Angelo                IPS                Job Number: 180392

INTEGRATED POWER SERVICES

# AC/DC Motor Disassembly Checklist

**Motor Style:**          Vertical  ☐          Horizontal  ☑

| Description | Yes | No | Missing | Part#/Size/Type | Quantity | Replace Yes | Replace No |
|---|---|---|---|---|---|---|---|
| Auxiliary Junction Box(es) | X | | | | | | |
| Bearings DE | X | | | | | | |
| Bearings Opposite DE | X | | | | | | |
| Blower Assembly (DC) | | | | | | | |
| Brushes/Holders/Springs (DC) | | | | | | | |
| Coupling/Pulley(s) | X | | | | | | |
| Eyebolts(s) | | | | | | | |
| Fan(s) | | | | | | | |
| Filters | | | | | | | |
| Heat Exchangers | | | | | | | |
| Heaters | X | | | 240V 1000W | 6 | | |
| Hood | | | | | | | |
| Lead Separator/Gasket | | | | | | | |
| Lexan Covers (DC) | | | | | | | |
| Main Junction Box | | | | | | | |
| Oil/Grease Lubrication Device | X | | | (2) 'O'  (2) 'P' | 4 | | |
| Proxy Probes | | | | | | | |
| Sight Glasses | | | | | | | |
| Sound Insulation | | | | | | | |
| Terminal Blocks | | | | | | | |
| Thermocouples/RTDs/Klixons | X | | | 10Ω | 10 | | |
| Thermometers/Fenwalls | | | | | | | |
| Special Hardware | | | | | | | |
| P Brg Alignment Screw/Pin | X | | | | 1 | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Customer: D'Angelo                                    Job Number: <u>180392</u>

## Visual Inspections

## Ties

- *Ties were visually inspected and appear to be completely intact. No ripped or broken ties were found and ties are still tight on coils.*

## Wedges

- *A visual inspection of the wedges found that there are a few missing wedges from the stator.*

## Coils

- *Coils were inspected and tested and all Megger and Resistance tests were normal along with a visual inspection resulted in no visibly damaged coils.*

**IPS** INTEGRATED POWER SERVICES



Customer: D'Angelo  Job Number: <u>180392</u>

Location: <u>STATOR</u>　　Motor ID: <u>180392</u>　　Date: <u>11/8/16</u>

Test By: <u>J. SANDERS</u>　Test Voltage: <u>6810</u>　Temperature: <u>20.3°C</u>

Manuf.: <u>G.E.</u>　　(HP/KW): <u>4500</u>　　Voltage: <u>4000</u>

Comments: _____



```
Summary - Record    9
Peak Surge
  1: 6810V
  2: 6810V
  3: 6870V
```

      2000 V/div     SURGE     60 us/div

Baker Instrument Company

Electronically Filed 10/31/2022 14:25 /  / CV 22 970660 / Confirmation Nbr. 2690663 / CLDLJ

Customer: D'Angelo  **IPS** INTEGRATED POWER SERVICES  Job Number: <u>180392</u>

## Megger Test

**Testing Stage:**      Initial  ☑        Other*  ☐  _____

Final  ☐                              _____

Item Description:        Rotor _____

| Volt Scale | 500V | **DAR & PI Test Voltage** |
|---|---|---|
| **Actual Volts** | 20V | |
| **D.A.R. Times** | Resistance (M-, G-, T-Ω Scale) | 230-460 volts = 500 test volts (1*, 2*, 3*) |
| 15 Seconds | | |
| 30 Seconds | | 1000-2300 volts = 2,500 test volts (3*) |
| 45 Seconds | | |
| 60 Seconds | <10.0 KΩ | 4000-6.9k volts = 5,000 test volts (3*) |
| D.A.R. | | |
| Capacitance | | 11k-13.2k volts = 10,000 test volts (3*) |
| P.I. Times | Resistance (M-, G-, T-Ω Scale) | All synchronous rotor fields and exciters = 500 test volts (2*) |
| 1 Minute | | |
| 2 Minutes | | **Special Instructions** |
| 3 Minutes | | |
| 4 Minutes | | 1* - All motors 500 volts and below perform a DAR test |
| 5 Minutes | | |
| 6 Minutes | | |
| 7 Minutes | | 2* - Synchronous rotor fields and exciter generators 500 volts and below perform a DAR test |
| 8 Minutes | | |
| 9 Minutes | | |
| 10 Minutes | | 3* - AC/DC motors and generators above 100HP/10kW perform a PI test |
| P.I. | | |
| Capacitance | | |

---

### Meter and Environment

Meter ID Number:    MEG0014          Calibration Date:    4/17/17

Humidity Level:    35.6 %            Temperature:    20.3 C

---

### Approvals

Operator:  J. Sanders _____        Date:    11/8/16 _____

Supervisor: _____        Date: _____

Customer: D'Angelo　　　　　　　　　　**IPS**　　　　　　　　　　Job Number: <u>180392</u>
INTEGRATED POWER SERVICES

## Megger Test

**Testing Stage:**　　　Initial　☑　　　　Other*　☐　_____
　　　　　　　　　　　　Final　☐　　　　　　　　　　　_____

Item Description:　　　<u>Stator</u>_____

| Volt Scale | 2500 V | **DAR & PI Test Voltage** | | |
|---|---|---|---|---|
| **Actual Volts** | 2546 V | 230-460 volts = 500 test volts (1*, 2*, 3*) | | |
| **D.A.R. Times** | Resistance (M-, G-, T-Ω Scale) | | | |
| 15 Seconds | 51.4 M | 1000-2300 volts = 2,500 test volts (3*) | | |
| 30 Seconds | 76.9 M | | | |
| 45 Seconds | 94.9 M | 4000-6.9k volts = 5,000 test volts (3*) | | |
| 60 Seconds | 108.8 M | | | |
| D.A.R. | | 11k-13.2k volts = 10,000 test volts (3*) | | |
| Capacitance | | | | |
| P.I. Times | Resistance (M-, G-, T-Ω Scale) | All synchronous rotor fields and exciters = 500 test volts (2*) | | |
| 1 Minute | 180.8 M | | | |
| 2 Minutes | 144 M | **Special Instructions** | | |
| 3 Minutes | 165.6 M | | | |
| 4 Minutes | 179.9 M | 1* - All motors 500 volts and below perform a DAR test | | |
| 5 Minutes | 191.3 M | | | |
| 6 Minutes | 201 M | | | |
| 7 Minutes | 209 M | 2* - Synchronous rotor fields and exciter generators 500 volts and below perform a DAR test | | |
| 8 Minutes | 215 M | | | |
| 9 Minutes | 221 M | | | |
| 10 Minutes | 226 M | | | |
| P.I. | 2.07 | 3* - AC/DC motors and generators above 100HP/10kW perform a PI test | | |
| Capacitance | | | | |

---

### Meter and Environment

Meter ID Number:　<u>MEG0014</u>　　　Calibration Date:　<u>4/17/17</u>
Humidity Level:　<u>35.6 %</u>　　　　Temperature:　<u>20.3 C</u>

---

### Approvals

Operator:　<u>J. Sanders</u>　　　　　Date:　<u>11/8/16</u>
Supervisor:　_____　　　Date:　_____

Customer: D'Angelo                    △IPS                    Job Number: 180392
                            INTEGRATED POWER SERVICES

# Megger Test

**Testing Stage:**          Initial  ☑          Other*  ☐  _____
                            Final  ☐                      _____

Item Description:          Heaters  _____

| Volt Scale | 500 V | DAR & PI Test Voltage |
|---|---|---|
| Actual Volts | 300 V | |
| D.A.R. Times | Resistance (M-, G-, T-Ω Scale) | 230-460 volts = 500 test volts (1*, 2*, 3*) |
| 15 Seconds | Breaking Down | |
| 30 Seconds | | 1000-2300 volts = 2,500 test volts (3*) |
| 45 Seconds | | |
| 60 Seconds | | 4000-6.9k volts = 5,000 test volts (3*) |
| D.A.R. | | |
| Capacitance | | 11k-13.2k volts = 10,000 test volts (3*) |
| P.I. Times | Resistance (M-, G-, T-Ω Scale) | All synchronous rotor fields and exciters = 500 test volts (2*) |
| 1 Minute | | |
| 2 Minutes | | **Special Instructions** |
| 3 Minutes | | |
| 4 Minutes | | 1* - All motors 500 volts and below perform a DAR test |
| 5 Minutes | | |
| 6 Minutes | | |
| 7 Minutes | | 2* - Synchronous rotor fields and exciter generators 500 volts and below perform a DAR test |
| 8 Minutes | | |
| 9 Minutes | | |
| 10 Minutes | | 3* - AC/DC motors and generators above 100HP/10kW perform a PI test |
| P.I. | | |
| Capacitance | | |

## Meter and Environment

Meter ID Number:     MEG0014          Calibration Date:     4/17/17
Humidity Level:      36.7             Temperature:          20.4C

## Approvals

Operator:  J. Sanders _____     Date:  11/8/16 _____
Supervisor: _____       Date: _____

Customer: D'Angelo                    **IPS**                    Job Number: <u>180392</u>
INTEGRATED POWER SERVICES

## AC Resistance Test

**Testing Stage:**     Initial  ☑     Other*  ☐  _____
                       Final  ☐                   _____

Item Description:  _____

### Winding Resistances

| Lead ID #'s | Resistance | Ω Scale |
|-------------|------------|---------|
| Aφ   1-4    | .029       | 2       |
| Bφ   2-5    | .029       | 2       |
| Cφ   3-6    | .029       | 2       |

### RTDs/Thermocouple Resistance

| Lead ID #'s | Resistance | Ω Scale |
|-------------|------------|---------|
| 1           | 10.8       |         |
| 2           | N/G        |         |
| 3           | 10.8       |         |
| 4           | 10.7       |         |
| 5           | N/G        |         |
| 6           | 10.8       |         |
| 7           | 10.8       |         |
| 8           | 10.8       |         |
| 9           | 10.8       |         |
| 10          | 10.8       |         |
|             |            |         |
|             |            |         |

### Meter and Environment

| | | | |
|---|---|---|---|
| Meter ID Number: | MOM0020 | Calibration Date: | 4/17/17 |
| Meter ID Number: | DM0017 | Calibration Date: | 4/17/17 |
| Humidity Level: | 35.6 | Temperature: | 20.3 |

### Approvals

Operator:  J. Sanders                    Date:  11/8/16
Supervisor:  _____      Date:  _____

Customer: D'Angelo                    **IPS**                    Job Number: <u>180392</u>
INTEGRATED POWER SERVICES

# Space Heater Test

**Testing Stage:**          Initial  ☑          Other*  ☐  _____
                            Final    ☐                      _____

**Total Number of Heaters:**  | 6 |

|  | Volts | Watts | Amps |
|---|---|---|---|
| **Each Heater:** | 240 | 1000 | |
| **Nameplate for Heaters:** | 440 | 5000 | |

**Visual Inspection:**  Heaters are very dirty, low meg readings, steam and bake then test
_____
_____

**Testing:**          **Volts Applied:**  | |
                      **Amps Applied:**   | |
                      **Resistance:**     | |

Verify that the values are correct. (Note that Volts x Amp = Watts)
**Yes** | |          **No** | |

**Heater Connection Drawing:**

## Approvals

Operator:  J. Sanders _____          Date:  11/8/16 _____

Supervisor: _____          Date: _____

Customer: D'Angelo          Job Number: <u>180392</u>

# *Dimensional Inspection*

As Received   <u>X</u>       Final   <u>      </u>

### O-End Bearing & Shaft Dimensions

"O" Bearing Bore

|   | IN | OUT |
|---|---|---|
| A | 10.0247 | 10.0258 |
| B | 10.0242 | 10.0242 |
| C | 10.0232 | 10.0248 |
| D | 10.0239 | 10.0232 |

"O" Shaft Diameter

|   | IN | OUT |
|---|---|---|
| A | 10.0004 | 9.9997 |
| B | 9.9999 | 9.9993 |
| C | 9.9994 | 9.9986 |
| D | 9.9996 | 9.9987 |

"O" Bearing OD

|   | IN | OUT |
|---|---|---|
| A | 19.9969 | 19.9972 |
| B | 20.0002 | 19.9993 |
| C | 19.9967 | 19.9978 |
| D | 19.9968 | 19.9985 |

"O" Bearing Saddle Fit

|   | IN | OUT |
|---|---|---|
| A | 20.0015 | - |
| B | N/A was | ground |
| C | 20.0010 | 20.0020 |
| D | 20.0000 | 20.0000 |

### P-End Bearing & Shaft Dimensions

"P" Bearing Bore

|   | IN | OUT |
|---|---|---|
| A | 14.0238 | 14.0229 |
| B | 14.0290 | 14.0291 |
| C | 14.0252 | 14.0249 |
| D | 14.0247 | 14.0256 |

"P" Shaft Diameter

|   | IN | OUT |
|---|---|---|
| A | 14.0025 | 14.0035 |
| B | 14.0029 | 14.0040 |
| C | 14.0030 | 14.0037 |
| D | 14.0028 | 14.0037 |

"P" Bearing OD

|   | IN | OUT |
|---|---|---|
| A | 27.9965 | 27.9962 |
| B | 28.0025 | 28.0017 |
| C | 27.9965 | 27.9975 |
| D | 28.0005 | 27.9967 |

"P" Bearing Saddle

|   | IN | OUT |
|---|---|---|
| A | 28.0040 | 28.005 |
| B | N/A was | ground |
| C | 27.9995 | 27.9990 |
| D | 28.0055 | 28.0040 |

### Seal & Shaft Dimensions

"O" Seal Bore

| Inboard | Outboard |
|---|---|
| 12.099 | 12.097 |
| 12.089 | 12.088 |
| 12.095 | 12.091 |
| 12.095 | 12.092 |

"O" Shaft Diameter

| Inboard | Outboard |
|---|---|
| 12.0002 | - |
| 12.0083 | - |
| 11.9992 | - |
| 12.0003 | - |

"P" Seal Bore

| Inboard | Outboard |
|---|---|
| 26.385 | 16.383 |
| 16.387 | 16.377 |
| 16.380 | 16.380 |
| 16.375 | 16.377 |

"P" Shaft Diameter

| Inboard | Outboard |
|---|---|
| 16.2575 | 16.2584 |
| 16.2575 | 16.2588 |
| 16.2578 | 16.2598 |
| 16.2577 | 16.259 |

### Key & Keyway Dimensions

"O" Key & Keyways

| | | | |
|---|---|---|---|
| Key | Length | Width | Height |
|  |  |  |  |
| Shaft Keyway | Length | Width | Depth |
|  |  |  |  |
| Coupling Keyway | Length | Width | Depth |
|  |  |  |  |

"P" Key & Keyways

| | | | |
|---|---|---|---|
| Key | Length | Width | Height |
|  |  |  |  |
| Shaft Keyway | Length | Width | Depth |
|  |  |  |  |
| Coupling Keyway | Length | Width | Depth |
|  |  |  |  |

### Coupling & Shaft Extension Dimensions

"P" End

|   | Bore | Shaft |
|---|---|---|
| A |  |  |
| B |  |  |

"O" End

|   | Bore | Shaft |
|---|---|---|
| A |  |  |
| B |  |  |

"P" End Coupling OD

|   | 0° - 180° | 90° - 270° |
|---|---|---|
| A |  |  |
| B |  |  |

"O" End Coupling OD

|   | 0° - 180° | 90° - 270° |
|---|---|---|
| A |  |  |
| B |  |  |

### Oil Ring Dimensions (ID)

|   | 0° - 180° | 90° - 270° | Flatness |
|---|---|---|---|
| "O" - IN |  |  |  |
| "O" - OUT |  |  |  |
| "P" - IN |  |  |  |
| "P" OUT |  |  |  |

### Exciter & Shaft Dimensions

"P" End

|   | Bore | Shaft |
|---|---|---|
| A |  |  |
| B |  |  |

"O" End

|   | Bore | Shaft |
|---|---|---|
| A |  |  |
| B |  |  |



Customer: D'Angelo                **IPS**                Job Number: <u>180392</u>
INTEGRATED POWER SERVICES

## Megger Test

**Testing Stage:**    Initial  ☐         Other*  ☐  _____

                      Final  ☑                   _____

Item Description:    <u>Rotor</u>

| Volt Scale | 500 V | **DAR & PI Test Voltage** | |
|---|---|---|---|
| **Actual Volts** | 509 V | 230-460 volts = 500 test volts (1*, 2*, 3*) | |
| **D.A.R. Times** | Resistance (M-, G-, T-Ω Scale) | | |
| 15 Seconds | 730 M | 1000-2300 volts = 2,500 test volts (3*) | |
| 30 Seconds | 1.27 G | | |
| 45 Seconds | 1.63 G | 4000-6.9k volts = 5,000 test volts (3*) | |
| 60 Seconds | 1.93 G | | |
| D.A.R. | | 11k-13.2k volts = 10,000 test volts (3*) | |
| Capacitance | | | |
| P.I. Times | Resistance (M-, G-, T-Ω Scale) | All synchronous rotor fields and exciters = 500 test volts (2*) | |
| 1 Minute | 1.93 G | | |
| 2 Minutes | 2.76 G | **Special Instructions** | |
| 3 Minutes | 3.34 G | | |
| 4 Minutes | 3.80 G | 1* - All motors 500 volts and below perform a DAR test | |
| 5 Minutes | 4.17 G | | |
| 6 Minutes | 4.72 G | | |
| 7 Minutes | 4.84 G | 2* - Synchronous rotor fields and exciter generators 500 volts and below perform a DAR test | |
| 8 Minutes | 5.05 G | | |
| 9 Minutes | 5.25 G | | |
| 10 Minutes | 5.45 G | 3* - AC/DC motors and generators above 100HP/10kW perform a PI test | |
| P.I. | 2.80 | | |
| Capacitance | 0.12μF | | |

---

### Meter and Environment

Meter ID Number:  <u>MEG0009</u>        Calibration Date:  <u>2/28/17</u>

Humidity Level:  <u>33.1</u>            Temperature:  <u>22.0</u>

---

### Approvals

Operator:  <u>Ken Korber</u>            Date:  <u>12/1/16</u>

Supervisor:  <u>Dan Gryczan</u>         Date:  <u>12/1/16</u>

Customer: D'Angelo                    **IPS**                    Job Number: <u>180392</u>
                          INTEGRATED POWER SERVICES

# Megger Test

**Testing Stage:**         Initial    ☐         Other*    ☐    _____
                           Final      ☑                       _____

Item Description:          Rotor After Steam Clean and Bake    _____

| Volt Scale | 500 V | **DAR & PI Test Voltage** |
|---|---|---|
| **Actual Volts** | 512 V | 230-460 volts = 500 test volts (1*, 2*, 3*) |
| **D.A.R. Times** | Resistance (M-, G-, T-Ω Scale) | |
| 15 Seconds | 555 M | 1000-2300 volts = 2,500 test volts (3*) |
| 30 Seconds | 1.32 G | |
| 45 Seconds | 1.77 G | 4000-6.9k volts = 5,000 test volts (3*) |
| 60 Seconds | 2.12 G | |
| D.A.R. | | 11k-13.2k volts = 10,000 test volts (3*) |
| Capacitance | | |
| P.I. Times | Resistance (M-, G-, T-Ω Scale) | All synchronous rotor fields and exciters = 500 test volts (2*) |
| 1 Minute | 2.12 G | |
| 2 Minutes | 3.14 G | **Special Instructions** |
| 3 Minutes | 3.85 G | |
| 4 Minutes | 4.39 G | 1* - All motors 500 volts and below perform a DAR test |
| 5 Minutes | 4.80 G | |
| 6 Minutes | 5.30 G | |
| 7 Minutes | 5.61 G | 2* - Synchronous rotor fields and exciter generators 500 volts and below perform a DAR test |
| 8 Minutes | 5.92 G | |
| 9 Minutes | 6.27 G | |
| 10 Minutes | 6.64 G | 3* - AC/DC motors and generators above 100HP/10kW perform a PI test |
| P.I. | 3.13 | |
| Capacitance | | |

---

## Meter and Environment

Meter ID Number:    MEG0014          Calibration Date:    4/30/17
Humidity Level:     40.8             Temperature:         21.6

---

## Approvals

Operator:    J.Sanders               Date:    11/18/16
Supervisor:  D. Grygier              Date:    11/18/16

Customer: D'Angelo     **IPS** INTEGRATED POWER SERVICES     Job Number: <u>180392</u>

# DC Rotor- AC Voltage Drop Test

## Testing Stage

Initial/As Received: [ ]    WIP/Other: [ X ]    Final: [ ]

| | |
|---|---|
| Number of Poles: | 36 |
| Rotor Voltage In: | 119.5 |
| Total Sum of Coil Readings: | 476.4 |

## Voltage Per Coil

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 13.29 | 17 | 13.05 | 33 | 13.28 |
| 2 | 13.28 | 18 | 13.23 | 34 | 13.30 |
| 3 | 13.28 | 19 | 13.10 | 35 | 13.30 |
| 4 | 13.27 | 20 | 13.22 | 36 | 13.45 |
| 5 | 13.30 | 21 | 13.18 | 37 | |
| 6 | 13.25 | 22 | 13.32 | 38 | |
| 7 | 13.16 | 23 | 13.33 | 39 | |
| 8 | 13.17 | 24 | 13.24 | 40 | |
| 9 | 13.14 | 25 | 13.31 | 41 | |
| 10 | 13.16 | 26 | 12.98 | 42 | |
| 11 | 13.29 | 27 | 12.86 | 43 | |
| 12 | 13.26 | 28 | 13.22 | 44 | |
| 13 | 13.21 | 29 | 13.29 | 45 | |
| 14 | 13.28 | 30 | 13.22 | 46 | |
| 15 | 13.23 | 31 | 13.22 | 47 | |
| 16 | 13.03 | 32 | 13.31 | 48 | |

## Meter and Environment

(1) Meter ID Number:   DM10030    Calibration Date:   4/30/17

(2) Meter ID Number: _____    Calibration Date: _____

Humidity Level: _____     Temperature: _____ °F/°C

## Approvals

Operator:   Troy Hatfield      _____    Date:   11/18/16

          (Print)                  (Signature)

          (Print)                  (Signature)

Supervisor:   D. Grygier      _____    Date:   11/18/16

Customer: D'Angelo                    **IPS**                    Job Number: <u>180392</u>
                              INTEGRATED POWER SERVICES

## Space Heater Test

**Testing Stage:**      Initial    ☐          Other*    ☐     _____
                        Final      ☑                          _____

**Total Number of Heaters:** | 6 |

|                              | Volts | Watts | Amps |
|------------------------------|-------|-------|------|
| **Each Heater:**             | 240   | 1000  |      |
| **Nameplate for Heaters:**   | 440   | 5000  |      |

**Visual Inspection:** Heaters are very dirty, low meg readings, steam and bake then test

_____

_____

|                        | 1-2   | 2-3 | 3-1  |
|------------------------|-------|-----|------|
| **Testing:** Volts Applied: | 443.7 | 443 | 443  |
| **Amps Applied:**      | 6.7   | 6.5 | 6.2  |
| **Resistance:**        | 75.7  | 760 | 75.7 |

Verify that the values are correct. (Note that Volts x Amp = Watts)

Yes | X |          No | |

**Heater Connection Drawing:**

## Approvals

Operator: | Pat Squires |          Date: | 11/29/16 |
Supervisor: | Ron Smith |          Date: | 11/29/16 |

**EXHIBIT D**

Electronically Filed 10/31/2022 14:25 / / CV 22 970660 / Confirmation Nbr. 2690663 / CLDLJ

**D'Angelo International, LLC**
Transaction List by Vendor
All Transactions

9:18 AM
01/24/2022

IPS - Integrated Power Services LLC

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| Bill Pmt -Check | 09/23/2016 | wire0923 | partial removal of motor | ICU - 62173-0 Wires | √ | Accounts Payable | | 7,700.00 |
| Check | 12/29/2016 | | | ICU - 62173-0 Wires | √ | -SPLIT- | | 24,090.00 |
| Credit Card Charge | 03/02/2017 | 9203435 | 4500 hp motor | Chase Sapphire 0182 | √ | Reconditioning | | 4,320.00 |
| | | | | | | | | **36,110.00** |

**EXHIBIT B-4**



**INTEGRATED POWER SERVICES**

## ORIGINAL INVOICE

DUNS # 80-057-4167

| CUSTOMER PURCHASE ORDER NUMBER |
|---|
| 8222016 |
| OUR INVOICE NUMBER |
| 9202983 |
| INVOICE DATE |
| 09/23/16 |

REMIT PAYMENT TO:
Monarch Electric Service Co
Integrated Power Services, LLC
PO Box 601492
Charlotte, NC 28260-1492

PAGE NO:    1

| SOLD TO | SHIP TO 000001 |
|---|---|
| D'ANGELO INTERNATIONAL LLC | D'ANGELO INTERNATIONAL |
| ATTN; A/P | 1469 ISLAND VIEW DRIVE |
| 1469 ISLAND VIEW DRIVE | BELLINGHAM, WA  98225 |
| BELLINGHAM, WA  98225 | |

CUSTOMER NO.    152436
TERRITORY:      H18

TERMS:    NET 30 DAYS
F.O.B. POINT OF ORIGIN

| FREIGHT P.P. COL. ALL 3RD | JOB NUMBER | DATE SHIPPED | SHIPPED VIA | #PKGS | TTL WGT | DELIVERY REF# |
|---|---|---|---|---|---|---|
| | 180309 | 09/23/16 | | | | |

| ITEM | QUANTITY ORD | B/O | SHIP | PRODUCT NO. / DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | Nameplate Data: | | |
| | | | | NP1:REMOVE 4500HP | | |
| | | | | TWO DAYS ON SITE | | 7,700.00 |

NOTES:

MONARCH ELECTRIC SERVICE CO
DBA INTEGRATED POWER SERVICES, LLC
5325 W 130th ST
CLEVELAND, OH  44130

| | |
|---|---|
| SUBTOTAL | 7,700.00 |
| TAX TOTAL | 0.00 |
| DISCOUNT | |
| SHIPPING | 0.00 |

WHERE STATE OR LOCAL TAX DOES NOT APPLY. PLEASE DEDUCT "sales tax" AND SEND EXEMPTION CERTIFICATION WITH REMITTANCE we hereby certify that these codes were produced in compliance with all applicable requirements ---- SECTIONS 6 7 AND 12 of the FAIR LABOR STANDARDS ACT, as amended, and of regulations and orders of the UNITED STATES DEPARTMENT OF LABOR, issued under Section 14, thereof.
This transaction is made subject to the standard condition of sale set forth on the reverse thereof.

**TOTAL**    7,700.00

UNLESS OTHERWISE STATED INVOICE AMOUNTS ARE PAYABLE IN US FUNDS

Electronically FILED (04/12/2022 16:43:43 CV 20 970660 / Confirmation Nbr. 2690663 / CLDLJ

INQUIRIES CALL 1-800-543-7790 / LOCAL SALES OFFICE    CUSTOMER SERVICE

**EXHIBIT E-2**



# ORIGINAL INVOICE

DUNS # 80-057-4167

| CUSTOMER PURCHASE ORDER NUMBER |
|---|
| 161103 |
| OUR INVOICE NUMBER |
| 9203230 |
| INVOICE DATE |
| 12/20/16 |

REMIT PAYMENT TO:
Monarch Electric Service Co
Integrated Power Services, LLC
PO Box 601492
Charlotte, NC 28260-1492

PAGE NO:  1

| SOLD TO | | SHIP TO | 000001 |
|---|---|---|---|
| D'ANGELO INTERNATIONAL LLC | | | D'ANGELO INTERNATIONAL |
| ATTN; A/P | | | 1469 ISLAND VIEW DRIVE |
| 1469 ISLAND VIEW DRIVE | | | BELLINGHAM, WA  98225 |
| BELLINGHAM, WA  98225 | | | |

CUSTOMER NO.   152436
TERRITORY:     H18

TERMS:    NET 30 DAYS
F.O.B. POINT OF ORIGIN

| FREIGHT | | | | JOB NUMBER | DATE SHIPPED | SHIPPED VIA | #PKGS | TTL WGT | DELIVERY REF# |
|---|---|---|---|---|---|---|---|---|---|
| P.P. | COL | ALL | 3RD | 180392 | 12/09/16 | | | | 0021976 |

| ITEM | QUANTITY | | | PRODUCT NO. / DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| | ORD | B/O | SHIP | | | |
| | | | | Nameplate Data: | | |
| | | | | HP/KW/T:4500HP, VOLTS:4000, SYNC | | |
| | | | | RPM:200, FRAME:6605, | | |
| | | | | ENCLOSURE:ODP, PHASE:3, HERTZ:60, | | |
| | | | | MFG:GE, AMPS:635, NEMA TYPE:TS, | | |
| | | | | ID/SERIAL#:264X716 | | |
| | | | | ORIGINAL PO | | 18,960.00 |
| | | | | CLEAN & PAINT COVERS PER AGREEMENT | | 2,000.00 |
| | | | | PERMIT TRANSPORTATION TO WAREHOUSE | | 1,920.00 |
| | | | | LABOR TO OFFLOAD | | 1,210.00 |

| NOTES: | | SUBTOTAL | 24,090.00 |
|---|---|---|---|
| | | TAX TOTAL | 0.00 |
| MONARCH ELECTRIC SERVICE CO | | | |
| DBA INTEGRATED POWER SERVICES, LLC | | DISCOUNT | |
| 5325 W. 130th ST | | SHIPPING | 0.00 |
| CLEVELAND, OH 44130 | | | |

**TOTAL**    24,090.00

WHERE STATE OR LOCAL TAX DOES NOT APPLY, PLEASE DEDUCT "sales tax" AND SEND EXEMPTION CERTIFICATION WITH REMITTANCE we hereby certify that these codes were produced in compliance with all applicable requirements — SECTIONS 6 7 AND 12 of the FAIR LABOR STANDARDS ACT, as amended, and of regulations and orders of the UNITED STATES DEPARTMENT OF LABOR, issued under Section 14, thereof.
This transaction is made subject to the standard condition of sale set forth on the reverse side hereof.

INQUIRIES CALL: 1-800-433-7801

CUSTOMER SERVICE
LOCAL SALES OFFICE

UNLESS OTHERWISE STATED
INVOICE AMOUNTS ARE
PAYABLE IN US FUNDS

**EXHIBIT E-3**

# ORIGINAL INVOICE

**IPS**
INTEGRATED POWER SERVICES

DUNS # 80-057-4167

| CUSTOMER PURCHASE ORDER NUMBER |
|---|
| 2017 DI-2-1 |
| OUR INVOICE NUMBER |
| 9203435 |
| INVOICE DATE |
| 02/16/17 |

REMIT PAYMENT TO:
Monarch Electric Service Co
Integrated Power Services, LLC
PO Box 601492
Charlotte, NC 28260-1492

PAGE NO:  1

| SOLD TO | | SHIP TO | 000001 |
|---|---|---|---|
| D'ANGELO INTERNATIONAL LLC | | | D'ANGELO INTERNATIONAL |
| ATTN; A/P | | | 1469 ISLAND VIEW DRIVE |
| 1469 ISLAND VIEW DRIVE | | | BELLINGHAM, WA  98225 |
| BELLINGHAM, WA  98225 | | | |

CUSTOMER NO.    152436
TERRITORY:      H18

TERMS:   NET 30 DAYS
F.O.B. POINT OF ORIGIN

| FREIGHT P.P COLL ALLOWED | JOB NUMBER | DATE SHIPPED | SHIPPED VIA | #PKGS | TTL WGT | DELIVERY REF# |
|---|---|---|---|---|---|---|
| | 180764 | 02/16/17 | | | | |

| ITEM | QUANTITY ORD | B/O | SHIP | PRODUCT NO. / DESCRIPTION | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | | Nameplate Data: | | |
| | | | | NP1:4500HP, NP2:4000, NP3:200, | | |
| | | | | NP4:6605, NP6:UNK, NP9:GE | | |
| | | | | PER QUOTE | | 4,320.00 |

| | SUBTOTAL | 4,320.00 |
|---|---|---|
| | TAX TOTAL | 0.00 |
| NOTES: | | |
| MONARCH ELECTRIC SERVICE CO | | |
| DBA INTEGRATED POWER SERVICES, LLC | DISCOUNT | |
| 5325 W 130th ST | SHIPPING | 0.00 |
| CLEVELAND, OH  44130 | | |

WHERE STATE OR LOCAL TAX DOES NOT APPLY, PLEASE DEDUCT "sales tax" AND SEND EXEMPTION CERTIFICATION WITH REMITTANCE: we hereby certify that these codes were produced in compliance with all appliable requirements — SECTIONS 6 7 AND 12 of the FAIR LABOR STANDARDS ACT, as amended, and of regulations and orders of the UNITED STATES DEPARTMENT OF LABOR. issued under Section 14, thereof.
This transaction is made subject to the standard condition of sale set forth on the reverse side hereof.

**TOTAL**    4,320.00

UNLESS OTHERWISE STATED
INVOICE AMOUNTS ARE
PAYABLE IN US FUNDS

INQUIRIES CALL 1 800-435-7780

# PURCHASE ORDER



**D'Angelo International LLC**

1469 Island View Dr
Bellingham, WA  98225

Tel:  360-734-1046

roberta@dangelointernational.com
Fax:  253-234-1884

| | |
|---|---|
| Purchase Order No.  2017 DI-2-1 | |
| Date: | February 1, 2017 |
| Purchase from: | IPS-Integrated Power Services |
| | Cleveland Service Center |
| Address: | 5325 W 130th Street |
| | Cleveland, OH  44130 |
| | Attn:  Christopher J Bohne |
| Phone: | 216-433-7800 |
| E-mail: | cjbohne@IPS.us |
| Fax: | 216-433-0456 |

**Terms of payment: Net 30 days from completion.  To be completed on or before February 9, 2017**

| Description | Units | Cost Per Unit | Amount |
|---|---|---|---|
| **4500hp GE AC Synchronous Motor s/n 8385117** | | | |
| Paint 4500hp - Stator Winding, Rotor Winding, Rotor Hub, Rotor Shaft | | | - |
| | | | - |
| | | | - |
| Time and materials | | | - |
| Labor cost will be $95.00 per hour | | | - |
| Paint Red 1201 Gylptal cost at $130.00 per gallon.  Expected to use about 4 gallons | | | - |
| plus there will be material used to tape off the motor that cannot get glyptal on it | | | |
| Need to remove covers, tape off, glyptal, remove tape, install covers. | | | |
| Estimated 40-50 man hours with 2 techs on the job. | | | - |
| Detailed quality progress photos with good light to be t. | | | |
| Total bill not to exceed $5,000.00 | | | |
| Work to be completed by February 9, 2017 | | | - |

| Terms of Sale: | Subtotal USD | $ | - |
|---|---|---|---|
| | | | Time and materials not to |
| | | | exceed $5,000 |
| | **TOTAL USD** | $ | - |

J Keith D'Angelo, General Manager
Signed:

**EXHIBIT F**

Begin forwarded message:

**From:** Frank Kennedy Jr <FKennedyJr@ips.us>
**Subject: Storage Fee**
**Date:** March 16, 2017 at 2:09:00 PM EST
**To:** "keith@dangelointernational.com" <keith@dangelointernational.com>, "Christopher J. Bohne" <CJBohne@ips.us>

Keith

The free storage of 60 days has expired. The storage fee of $980.00 per month will apply beginning April 1st.

Thank you

Frank


Sent from my iPhone

Begin forwarded message:

**From:** Keith D'Angelo <keith@dangelointernational.com>
**Subject: Re: Storage Fee**
**Date:** March 16, 2017 at 5:46:50 PM EST
**To:** Frank Kennedy Jr <FKennedyJr@ips.us>

Thanks for the heads up
How is storage rate determined
By square foot ?

Keith D'Angelo
Mobile +1 360 739 7554

On Mar 17, 2017, at 12:39 AM, Frank Kennedy Jr <FKennedyJr@ips.us> wrote:

Keith

The free storage of 60 days has expired. The storage fee of $980.00 per month will apply beginning April 1st.

Thank you

Frank

Begin forwarded message:

**From:** Frank Kennedy Jr <FKennedyJr@ips.us>
**Subject: Re: Storage Fee**
**Date:** March 16, 2017 at 7:06:45 PM EST
**To:** Keith D'Angelo <keith@dangelointernational.com>, "Christopher J. Bohne"
<CJBohne@ips.us>

Keith

Yes it is $3.50 SQ FT, the base is 280sq ft. Also be advised I am trying to help you out as I did not include the rotor or crates of parts.

Thanks

Frank


Sent from my iPhone

> On Mar 16, 2017, at 18:46, Keith D'Angelo <keith@dangelointernational.com> wrote:
>
> Thanks for the heads up
> How is storage rate determined

By square foot ?

Keith D'Angelo
Mobile +1 360 739 7554

> On Mar 17, 2017, at 12:39 AM, Frank Kennedy Jr <FKennedyJr@ips.us>
> wrote:
>
> Keith
>
> The free storage of 60 days has expired. The storage fee of $980.00 per
> month will apply beginning April 1st.
>
> Thank you
>
> Frank
>
>
> Sent from my iPhone

Begin forwarded message:

**From:** Keith D'Angelo <keith@dangelointernational.com>
**Subject: Re: Storage Fee**
**Date:** March 16, 2017 at 7:26:29 PM EST
**To:** Frank Kennedy Jr <FKennedyJr@ips.us>

Thankyou

Keith D'Angelo
Mobile +1 360 739 7554

On Mar 17, 2017, at 5:36 AM, Frank Kennedy Jr <FKennedyJr@ips.us> wrote:

Keith

Yes it is $3.50 SQ FT, the base is 280sq ft. Also be advised I am trying to help you out as I
did not include the rotor or crates of parts.

Thanks

Frank

Sent from my iPhone

On Mar 16, 2017, at 18:46, Keith D'Angelo
<keith@dangelointernational.com> wrote:

Thanks for the heads up
How is storage rate determined
By square foot ?

Keith D'Angelo
Mobile +1 360 739 7554

On Mar 17, 2017, at 12:39 AM, Frank Kennedy Jr
<FKennedyJr@ips.us> wrote:

Keith

The free storage of 60 days has expired. The storage fee
of $980.00 per month will apply beginning April 1st.

Thank you

Frank

Sent from my iPhone

Begin forwarded message:

**From:** Keith D'Angelo <keith@dangelointernational.com>
**Subject: final update Project 180392**
**Date:** December 22, 2016 at 10:16:12 AM EST
**To:** Frank Kennedy Jr <FKennedyJr@ips.us>
**Cc:** Frank Kennedy <FKennedy@ips.us>, "Christopher J. Bohne" <CJBohne@ips.us>

Good Morning Frank!

Hey, I am not trying to fight with you !

If my request for information in my seemed short , I apologize ,

What going on for me is that  I am not pleased with the schedule or the communication with IPS  on this project  so perhaps that came across in my communication . I am guessing your swamped.  You guys missed your promised delivery twice and the report is still not complete

 From My point of view I am your customer and I request that you  address my requests for information in a professional and courteous manner.
 I have spent $30,000 with your company in recent months . To me this is not the nickel and diming you are accusing me of.
  At the end of the day its my money,  my investment and I am being diligent with that.

I am just asking for what any reasonable person would .

1.

A complete report with photos  That I resolved with CJ  directly  by the way CJ was professional and courteous and new immediatly what I was asking    for.

2.

 I do not recall authorizing you to spend the amount you did spend on transport , Hey I am 60 so somethings just vanish from memory
For future lets agree to use the common business practice to communicate by email regarding any authorizations for expediture so we have a paper trail.
The last time you quoted me transport from the project site to your shop , it was double what I paid to get that done. So like you would I am sure , I felt that It was an over charge . And it looks to me that this is the case on this recent move. What would settle it for me is a transport invoice showing that is what it cost you plus a reasonable mark up .

From this point forward please note  I would prefer to organize transport my self.
At the very least I want the opportunity to do so .

You did not advise me that the equipment was complete and give me the opportunity to move it to our facility , that means I am being charged to handle it twice.

So nickel and diming turns into quarters and dollars  right ? Thats no problem if your not the one paying for it right ?

We are in the process of payment of the IPS invoice in the next few days.

Let me know if that works for you Frank ?

My best regards

Keith D'Angelo
D'Angelo International LLC

On Dec 21, 2016, at 10:16 AM, Frank Kennedy Jr <FKennedyJr@ips.us> wrote:

Keith it is not double, that is the cost, at this point I am close to putting a hold on all of this, I am not here to be nickel and dimed by you, we performed the work scope as quoted and agreed upon.

Any further we will have a discussion. This unit is secured in my warehouse until further agreement.

Frank

**From:** Keith D'Angelo [mailto:keith@dangelointernational.com]
**Sent:** Wednesday, December 21, 2016 11:02 AM
**To:** Frank Kennedy Jr
**Cc:** Frank Kennedy
**Subject:** Re: Project 180392

Frank hello

I spoke to CJ he took the time to look at the report and the scope and he understands what I was referring to in my email he's going to complete the report based on the scope that was promised. Regarding the charges for moving you say that I authorized that cost I don't believe I did if you have some emails to that please do send them to me my point is that your charge for trucking is abnormally high I don't know how far away your storage facility is if you could just educate me on why that figure is so high I would be more comfortable but it seems like double what it what do you guys mark up your trucking by hundred percent?

I appreciate everything you guys have done and I look forward to your call Tatian for packaging costs.
Thank you

Keith D'Angelo
+1360-739-7554


On Dec 21, 2016, at 6:22 AM, Frank Kennedy Jr <FKennedyJr@ips.us> wrote:

> Keith,
>
> The complete report and all photos were sent to you by CJ Bohne our planner, you have them in your email.
>
> As for the quote for building shipping containers, that is my oversight as I forgot to do this.
>
> The initial report was also sent to you by our planning department.
>
> The movement of the unit was discussed with you by our operations as you asked for this to be stored, this require labor and permits as quoted.
>
> I will work on the quote for the containers, this will be substantial costs due to the size.
>
> You can call me anytime at the shop 216-433-7800
>
> Frank
>
> **From:** Keith D'Angelo [mailto:keith@dangelointernational.com]
> **Sent:** Wednesday, December 21, 2016 9:13 AM

**To:** Frank Kennedy Jr
**Cc:** Frank Kennedy
**Subject:** Project 180392

Frank

Good Morning !

I have had a chance to review the IPS prelim report your
job #180392 4500 HP Synchronous

I am available tomorrow thursday this week to go over the report ,
can you make time for this ? What time works for You? Or
perhaps your shop foreman that did the work would be available as
well.

I have some questions :

What date will I have the final report that covers all of the items
described on page 3 of the report  - Work Scope ?

Specifically a descriptive summary of the test results and motor
condition based on the measurements and tests performed by IPS.

Where is the initial engineering report with repair work scope and
quote described on page 3 of the scope ?
Where is the quote fort stands and shipping containers to be
manufactured described on page 3 of the scope ?

Where is our PO  authorizing IPS to spend $ 3,130 of our money
moving the motor ?

Where are the detailed photos of the motor after painting ? We
have requested these a couple times now , and Frankly why do I
need to ask for these ?
Please include one that shows the name plate.

The Motor began testing at your facility on 11/8/16
Here we are on Dec 21 and I am chasing you guys for the complete
report and photos

Whats up with that ?

Please send the missing deliverables today , as you know we have
a company waiting to make a purchase decision on this motor
based on IPS promised deliverables and schedule.

Hey we all get busy , I understand that , however I made promises
based on your commitments to me  and  I am out of time now  so
please prioritize completion of our agreement and send me the
missing items today

Thank you

Keith D'Angelo
Cel  360 739 7554

On Dec 15, 2016, at 10:55 AM, Frank Kennedy Jr
<FKennedyJr@ips.us> wrote:

Keith,

Here is the final breakdown:

- Original PO
  at                                    $18,96
  0
- Clean & Paint covers(we agreed to
  price)        $2,000
- (2) Permitted Trucks to warehouse
  + truck for
  crates                              $1,920
- Labor to off load trucks at
  warehouse          $1,210

                              Total:
                    $24,090

Please note we will grant free storage until February 1st,
then is is $4.00/SQ FT per month ($1,008) per month

Please contact me with any questions.

Thank you

Frank

<image001.png>**Frank Kennedy Jr.** --- *Business
Development & Sales Manager*

**EXHIBIT G**



| | | |
|---|---|---|
| DALE H. MARKOWITZ | TIM L. COLLINS*** | OF COUNSEL: |
| JOSEPH R. ZNIDARSIC | BRIDEY MATHENEY | RANDOLPH L. KNAVEL |
| HEIDI M. CISAN | LAURA M. WELLEN | MATTHEW D. WHEELOCK |
| TODD C. HICKS* | JAMES P. VITALE | |
| MATTHEW J. DOLAN | T. KINSEY MCINTURF | *ALSO ADMITTED IN NEW YORK |
| J. JAREDD FLYNN | ELIZABETH E. COLLINS | ** ALSO ADMITTED IN FLORIDA |
| EZIO A. LISTATI | ASHLEY C. KIRK | *** ALSO ADMITTED IN PENNSYLVANIA |
| KELLY A. SLATTERY | RACHEL C. DODDS | |
| JOHN R. LIBER, II** | RAY K. THRASHER (1906-1973) | |
| BRANDON D. R. DYNES | JAMES W. DINSMORE (1916-1975) | |
| LEO M. SPELLACY, JR. | LAWRENCE J. DOLAN (RETIRED) | |
| SUSAN T. SEACRIST | DAVID E. LOWE (1937-2019) | |

A LEGAL PROFESSIONAL ASSOCIATION
WWW.TDDLAW.COM

WRITER'S EMAIL: dmarkowitz@tddlaw.com

December 29, 2021

Monarch Electric Services Co. *(Via UPS Overnight Mail Tracking No. 1Z37830W0190619558)*
Integrated Power Services, LLC
Cleveland Service Center
5325 W. 130th Street
Cleveland, Ohio 44130

Attn:  Frank Kennedy, Sr.

Monarch Electric Services Co. *(Via UPS Overnight Mail Tracking No. 1Z37830W0193880162)*
Integrated Power Services, LLC
Cleveland Service Center
5325 W. 130th Street
Cleveland, Ohio 44130

Attn:  Frank Kennedy, Jr.

Integrated Power Services, LLC *(Via UPS Overnight Mail Tracking No.1Z37830W0199581233)*
c/o CT Corporation Systems
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

RE:  D'Angelo International, LLC – Monarch Electric Services, Co.-Integrated Power Services, LLC
Customer Job Number 180392
4500 HP Synchronous Motor
Serial Number 8385117, Model 264X716

Dear Messrs. Kennedy and IPS,

I represent D'Angelo International, LLC which entered into a business relationship with you in 2016 for you to repair the 4500 HP GE AC Synchronous Motor with the Serial Number 8385117 ("Motor") and related spare parts.  My client provided you with a purchase order and you sent a few invoices to repair and paint the Motor, all of which were timely paid  by my client.

PLEASE REPLY TO: CHARDON OFFICE

Electronically Filed 10/31/2022 14:25 / / CV 22 970660 / Confirmation Nbr. 2690663 / CLDLJ

December 29, 2021
Page 2

On March 16, 2017 you advised my client that free storage of the Motor and related parts had expired and that a storage fee of $980.00 per month would apply beginning April 1, 2017. You explained the basis for calculating the storage fees, and my client accepted the rate.  From that date to the present date, you have never provided my client with any invoices for storage, nor did you ever request a purchase order.

On November 23, 2021 my client contacted Dale Grygier at your IPS office in Cleveland and asked for some photos to be taken of the Motor and also referenced a Megger test.  Apparently, Dale Grygier forwarded the matter to Frank Kennedy, Jr. and my client got into contact with Frank Jr. who advised my client that the Motor had been disposed of quite awhile ago which was a total surprise and shock to my client, Keith D'Angelo.  Frank Kennedy, Jr.("Jr") alleged that he had emailed and called my client before he disposed of the Motor, yet we have no emails from your company since March 17, 2017 nor any phone calls about storing or removing the Motor from your premises in Cleveland, even though there has been no change in the phone numbers at the company or the email that had been used to communicate with Keith D'Angelo in 2016 and 2017.  Jr. alleged that he had emails on his desk giving notice you would be scrapping the Motor, when Keith D'Angelo called on November 23, 2021, yet Jr.  refused to provide any of the emails or other documentation to indicate that my client was put on notice that the Motor would be disposed of by IPS**.  The terms and conditions provided to my client by IPS reference the requirement for notice to be provided by Registered Mail, that notice was never provided in any format.**

Frank Jr. claimed that the Motor had been scrapped as opposed to sold as an operational Motor, which was not logical to my client as they had paid for refurbishment and testing of this motor which has a replacement cost of over $ 1,000,000 (the Motor was recently offered to a customer at $450,000).

Frank Jr. also claimed that there was about $55,000.00 owed for storage even though no invoices have ever been generated by your company for storage, nor did that number seem plausible since Jr. claimed the Motor had been scrapped a few years earlier.  My client later confirmed in November of this year with your billing office that no invoices are outstanding and no money was owed your company.

Frank Jr. finally told my client to have their lawyer write to you and that you would turn over the matter to IPS's attorneys.

I hope you hold true to your word on that issue and turn this matter over to your attorneys since we need to resolve this  matter now.  My client has been provided with no indication of what happened to the Motor, who acquired the Motor, whether it is retrievable, the condition of the Motor or the location of the Motor.  My client has not been informed when the Motor was scrapped  and to whom it was "scrapped".  Before we file a lawsuit, I would prefer to deal with your attorneys and see if we can resolve this matter amicably once I get the balance of the facts that Frank Jr. has been unwilling to provide my client.

December 29, 2021
Page 3

      Please turn this matter over to your attorneys at IPS and advise them to respond to me no later than January 7, 2022.  If we do not hear from you, we will file suit in a court of competent jurisdiction.

      You should be aware that my client has and continues to do business with IPS in Washington State and finds this conduct on your part to be not only shocking, but unprofessional, and is interfering with the opportunity to sell this Motor at significant profit.  My client has already expended a significant amount of money acquiring, removing and transporting this Motor to your facilities, and paying your firm to repair and paint the Motor and related parts,  and this matter will not be resolved for an insignificant amount of money.   We look forward to hearing from your attorneys no later than January 7, 2022.

                  Sincerely yours,
                  THRASHER, DINSMORE & DOLAN

                  Dale H. Markowitz

DHM/mp

cc:   Leo Spellacy (email lspellacy@tddlaw.com)